UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TEVYN NEVADA LEE WILKINS,<br>　　　Plaintiff, | Case No. 1:21-cv-260 |
| | Black, J. |
| vs | Bowman, M.J. |
| SOUTHERN OHIO<br>CORRECTIONAL FACILITY, et al.,<br>　　　Defendants. | **REPORT AND<br>RECOMMENDATION** |

　　　Plaintiff, an inmate at the Southern Ohio Correctional Facility (SOCF), has filed a prisoner civil rights action under 42 U.S.C. § 1983 in this Court. On June 2, 2021, plaintiff was ordered to submit completed summons and United States Marshal forms for defendants Erdos and Robinson within thirty (30) days. (Doc. 8). Plaintiff was further advised that "failure to comply with this Order may result in the dismissal of this action for want of prosecution." (*Id.* at PageID 75). Plaintiff failed to comply with the Order. On August 23, 2021, the Court issued an Order for plaintiff to show cause, in writing and within 15 days, why this action should not be dismissed for lack of prosecution. (Doc. 9). To date, more than (15) days beyond the Court's August 23, 2021 Order, plaintiff has failed to comply with the order of the Court.

　　　"District courts have the inherent power to sua sponte dismiss civil actions for want of prosecution to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash* R.R., 370 U.S. 626, 630–631 (1962). *See also Jourdan v. Jabe*, 951 F.2d 108, 109 (6th Cir. 1991). Failure of a party to respond to an order of the court warrants invocation of the Court's inherent power. *See* Fed. R. Civ. P. 41(b). Accordingly, this case should be dismissed for plaintiff's failure to comply with the Court's June 2, 2021 and August 23, 2021 Orders. *In re Alea*, 286 F.3d 378, 382 (6th Cir. 2002).

It is therefore **RECOMMENDED** that this matter be **DISMISSED** for lack of prosecution.

**IT IS SO RECOMMENDED.**

    *s/Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| TEVYN NEVADA LEE WILKINS,<br>　　Plaintiff, | Case No. 1:21-cv-260 |
| vs | Black, J.<br>Bowman, M.J. |
| SOUTHERN OHIO<br>CORRECTIONAL FACILITY, et al.,<br>　　Defendants. | |

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).